UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-123 ADM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE BILJAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR ORDER APPROVING SETTLEMENT** |

Defendant CATHERINE BILJAN moves this Court for an order approving a settlement agreement regarding restitution with CUMIS Insurance Society, Inc., the subrogee of victim Heartland Credit Union.

On September 6, 2001, this Court ordered restitution in the total amount of $382,946.17 to the victim of Defendant's offense, as more fully set forth in the Judgment and Commitment Order. Since that time, Defendant has made payments toward the restitution debt and ultimately entered into settlement negotiations with the victim.

Defendant and CUMIS have agreed to compromise the balance due on the restitution. *See* Exhibit A, 1/25/08 Ltr. from Louise V. Fish to David Baker. This settlement agreement received the consent of Nancy Lair in the Financial Litigation Department, as well as the civil chief in the United States Attorney's Office, and the probation office. As indicated in Exhibit A, CUMIS Insurance Society, Inc. is willing to accept a lump sum cash payment of $35,866.00 as full and final settlement of all restitution now owed by Catherine A. Biljan. *See* Exhibit A.

Based upon the agreements between the defendant and the victim and upon all the files, records and proceedings herein, Defendant Catherine Biljan respectfully requests this Court approve the settlement agreement.

Dated: March 13, 2008

JOSEPH S. FRIEDBERG, CHARTERED

/s/ Joseph S. Friedberg
___________________________

Joseph S. Friedberg
Attorney Reg. No. 32086
Suite 320 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 339-8626