CUNA MUTUAL GROUP
CUMIS Insurance Society, Inc.

January 25, 2008

Attorney David Baker
P.O. Box 278
Red Wing, MN 55066

SUBJECT: Claim Number: B565726
Insured: Heartland Credit Union
Regarding: Catherine Biljan

Dear Attorney Baker:

This is regarding the Employee Dishonesty loss caused by Catherine Biljan at the Heartland Credit Union.

I received your letter regarding the offer from Catherine Biljan to do a lump sum settlement on this loss. The lump sum settlement would be in the amount of $35,866.00.

After reviewing the file I will agree to accept $35,866.00. This will be a lump sum payment which will be a settlement for the balance still owing on this loss.

Please call if you have any questions.

Sincerely,

Louise V Fish

Louise V. Fish
Subrogation Specialist
1-800-637-2676 Ext. 8835
FAX# 608-236-8835
louise.fish@cunamutual.com

GOVERNMENT EXHIBIT
A