**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*United States of America*,
Plaintiff,

v.

*Catherine Biljan*,
Defendant.

**CERTIFICATE OF SERVICE**

Case No.: 01-123 (ADM)

I hereby certify that on March 13, 2008, I caused the following documents:

- *MOTION FOR ORDER APPROVING SETTLEMENT*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

*Francis J Magill, Jr*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be emailed to the following non-ECF participants:

*Louise V. Fish (representing CUMIS Insurance Society, Inc.)*
*David Baker (civil counsel for Defendant)*

Dated: March 13, 2008

**/s/ Joseph S. Friedberg**
Joseph S. Friedberg