UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-123 ADM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE BILJAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter comes before the Court for an order approving a settlement agreement regarding restitution. The Court understands that the defendant and the victim have agreed to compromise the balance due on defendant's restitution obligation.

On September 6, 2001, this Court ordered restitution in the total amount of $382,946.17 to the victim of defendant's offense as more fully set forth in the Judgment and Commitment Order. Since that time, defendant has made payments toward the restitution debt and has entered into settlement negotiations with the victim.

The Court has now been informed that victim CUMIS Insurance Society, Inc. is willing to accept a lump sum cash payment of $35,866.00 as full and final settlement of all restitution now owed by Catherine A. Biljan.

Based upon the agreements between the defendant and the victim and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT, upon notice that the lump sum cash payment of $35,866.00 has been paid, defendant's restitution obligation will be deemed fully,

finally and completely satisfied.

Dated: March 13, 2008

s/Ann D. Montgomery

ANN D. MONTGOMERY
Judge of District Court